UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Alan McClure, #70442,     ) | |
| ) | C/A No. 3:07-cv-00471-GRA |
| Petitioner,     ) | |
| ) | |
| v.                                                  ) | **ORDER** |
| ) | (Written Opinion) |
| J. Al Cannon, Sheriff,                       ) | |
| ) | |
| Respondent.     ) | |
| ) | |

This Court matter comes before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(c), D.S.C.  Petitioner filed this action on February 16, 2007, seeking habeas corpus relief pursuant to 28 U.S.C. § 2241.  The magistrate judge issued his Report and Recommendation on March 16, 2007, recommending that this petition be dismissed without prejudice and without service upon the respondent.

Petitioner is proceeding *pro se.*  This Court is required to construe *pro se* pleadings liberally.  Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke,* 574 F.2d 1147, 1151 (4th Cir. 1978).  This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

1

The magistrate makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Matthews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.*

In order for objections to be considered by a United States District Judge, the objections must be timely filed and must specifically identify the portions of the Report and Recommendation to which the party objects and the basis for the objections. Fed. R. Civ. P. 72(b); *see United States v. Schronce*, 727 F.2d 91, 94 n.4 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841, 845-47 nn.1-3 (4th Cir. 1985). "Courts have . . . held *de novo* review to be unnecessary in . . . situations when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendation." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Furthermore, in the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th Cir. 1983). Plaintiff timely filed objections to the Report and Recommendation on March 28, 2007.

The Court has reviewed and considered Petitioner's objections.  However, the Court finds Petitioner's objections to be without merit.  Petitioner does not cite the proper law and provides the Court with no evidence of "special circumstances" justifying federal review of Petitioner's claims while he is pending trial.   *See* Report and Recommendation, p. 3-4.

After a review of the magistrate's Report and Recommendation, this Court finds the Recommendation is based upon the proper law.  Therefore, it is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that this petition be DISMISSED *without prejudice* and without issuance and service of process.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 26, 2007

Anderson, South Carolina


**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of

Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.